| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| The DuckPond Trust,<br><br>    Plaintiff,<br><br>versus<br><br>PAA Natural Gas Storage, L.P., *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-13-3170 |

---

| | | |
|---|---|---|
| Robert Evans,<br><br>    Plaintiff,<br><br>versus<br><br>PAA Natural Gas Storage, L.P., *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-13-3398 |

---

| | | |
|---|---|---|
| Barbara Wolfson,<br><br>    Plaintiff,<br><br>versus<br><br>PNGS GP LLC, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-13-3483 |

---

| | | |
|---|---|---|
| Stephen Beller, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-3511 |
| Greg L. Armstrong, *et al.*, | § § § | |
| Defendants. | § § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-13-3170, which will be reopened. The cases subsumed by consolidation cease to have an independent identity. The unified case will pend as Civil Action 13-3170, *The DuckPond Trust, et al. v. PAA Natural Gas Storage, L.P., et al.* Use only this style and number.

Signed on December 10, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge